UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINO KOLLER and MICHELLE BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER REPORTS, INC., a New York nonprofit corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No.: 20-CV-660 JLS (KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR STAY OF PROCEEDINGS**<br><br>(ECF No. 14) |

Presently before the Court is the Parties' Notice of Settlement and Joint Motion for Stay of Proceedings ("Mot.," ECF No. 14), filed by Plaintiffs Nino Koller and Michelle Brown and Defendant Consumer Reports, Inc.

Having read and considered the Motion, the papers filed, and proceedings had herein, and finding good cause, the Court orders as follows:

1. The Motion is **GRANTED**.

2. This action is **STAYED** pending the outcome of class action settlement approval proceedings, which the parties will pursue in the state court action, *McKinney, et al. v. Consumer Reports, Inc.*, Case No. 37-2020-00046677-CU-BT-CTL.

3. The parties shall file a status report within three court days after a motion for preliminary approval is filed, and within three court days after the Superior Court enters an order on a motion for preliminary approval and a motion for final approval.

**IT IS SO ORDERED.**

Dated: January 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge