UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINO KOLLER and MICHELLE BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER REPORTS, INC., a New York nonprofit corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No.: 20-CV-660 JLS (KSC)<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS**<br><br>(ECF No. 6) |

Based on the Parties' Notice of Settlement and Joint Motion for Stay of Proceedings, (ECF No. 14), the Court **DENIES WITHOUT PREJUDICE** Defendant's pending Motion to Dismiss (ECF No. 6). Defendant is granted leave to refile the motion, if needed, after the stay is lifted.

**IT IS SO ORDERED.**

Dated: January 15, 2021

Hon. Janis L. Sammartino
United States District Judge